The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON GARCIA,

Defendant.

NO. CR24-116-JCC

[PROPOSED]

**PRELIMINARY ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Jason Garcia's interest in the following property ("Subject Property"):

a.    One Glock .45 caliber pistol;

b.    two magazines; and

c.    approximately 105 rounds of .45 caliber ammunition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate for the following reasons:

Preliminary Order of Forfeiture - 1
*United States v. Garcia,* CR24-116-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The Subject Property is forfeitable pursuant to 21 U.S.C. § 853(a), as property that constitutes or is traceable to proceeds of, or facilitated the Defendant's commission of *Possession of Fentanyl with Intent to Distribute,* in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); and pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), as any firearms or ammunition involved in or used in the Defendant's commission of *Unlawful Possession of a Firearm*, in violation of 18 U.S.C. § 922(g)(1), and *Carrying a Firearm During and in Relation to a Drug Trafficking Crime,* in violation of 18 U.S.C. §924(c)(1)(A)(i); and

- In the Plea Agreement he entered on September 13, 2024, Defendant agreed to forfeit the Subject Property pursuant to 21 U.S.C. § 853(a) and the above-identified Glock .45 caliber pistol and approximately 105 rounds of .45 caliber ammunition pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c). Dkt. No. 23 ¶ 12.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 21 U.S.C. § 853(a), and Defendant's Plea Agreement, Defendant's interest in the Subject Property is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and the Defendant's Plea Agreement, Defendant's interest in the above-identified Glock .45 caliber pistol and approximately 105 rounds of .45 caliber ammunition is fully and finally forfeited, in its entirety, to the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will be final as to Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

Preliminary Order of Forfeiture - 2
*United States v. Garcia,* CR24-116-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      4)      The Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and

2  Explosives (ATF), and/or its authorized agents or representatives, shall maintain the

3  Subject Property in its custody and control until further order of this Court;

4      5)      Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the

5  United States shall publish notice of this Preliminary Order and its intent to dispose of the

6  Subject Property as permitted by governing law. The notice shall be posted on an official

7  government website – currently www.forfeiture.gov – for at least 30 days. For any person

8  known to have alleged an interest in the property, the United States shall, to the extent

9  possible, provide direct written notice to that person. The notice shall state that any

10 person, other than the defendant, who has or claims a legal interest in the property must

11 file a petition with the Court within sixty (60) days of the first day of publication of the

12 notice (which is thirty (30) days from the last day of publication), or within thirty (30)

13 days of receipt of direct written notice, whichever is earlier. The notice shall advise all

14 interested persons that the petition:

15     a.      shall be for a hearing to adjudicate the validity of the petitioner's

16         alleged interest in the property;

17     b.      shall be signed by the petitioner under penalty of perjury; and,

18     c.      shall set forth the nature and extent of the petitioner's right, title, or

19         interest in the property, as well as any facts supporting the

20         petitioner's claim and the specific relief sought.

21     6)      If no third-party petition is filed within the allowable time period, the

22 United States shall have clear title to the property, and this Preliminary Order shall

23 become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

24     7)      If a third-party petition is filed, upon a showing that discovery is necessary

25 to resolve factual issues it presents, discovery may be conducted in accordance with the

26 Federal Rules of Civil Procedure before any hearing on the petition is held. Following

27 adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture,

Preliminary Order of Forfeiture - 3
*United States v. Garcia,* CR24-116-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that

2  adjudication; and,

3      8)    The Court will retain jurisdiction for the purpose of enforcing this

4  Preliminary Order, adjudicating any third-party petitions, entering a Final Order of

5  Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to

6  Fed. R. Crim. P. 32.2(e).

7

8      IT IS SO ORDERED.

9

10     DATED this 4th day of ___December___, 2024.

11

12

13

14

15     THE HON. JOHN C. COUGHENOUR
       UNITED STATES DISTRICT JUDGE

16

17  Presented By:

18  _s/ Jehiel I. Baer_

19  JEHIEL I. BAER
    Assistant United States Attorney

20  United States Attorney's Office
    700 Stewart Street, Suite 5220

21  Seattle, WA  98101

22  Phone: (206) 553-2242
    Fax: (206) 553-6934

23  Jehiel.Baer@usdoj.gov

24

25

26

27

Preliminary Order of Forfeiture - 4
*United States v. Garcia,* CR24-116-JCC