THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR24-116-JCC |
| Plaintiff, ) | |
| v. ) | (PROPOSED) ORDER TO SEAL DOCUMENTS |
| JASON GARCIA, ) | |
| Defendant. ) | |

THE COURT has considered Jason Garcia's Motion to Seal Exhibits 4 and 5 in support of the Defendant's Sentencing Memorandum and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 4 and 5 be filed under seal.

DONE this __29th__ day of January 2025.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Jason Garcia

ORDER TO SEAL DOCUMENTS
(*United States v. Garcia*, CR24-116-JCC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**